Neama Rahmani (State Bar No. 223819)
Ronald L. Zambrano (State Bar No. 255613)
  ron@westcoasttriallawyers.com
WEST COAST TRIAL LAWYERS, APLC
350 South Grand Avenue, Suite 3325
Los Angeles, California 90071
Telephone: (213) 927-3700
Facsimile:  (213) 927-3701
  efilings@westcoasttriallawyers.com

Prior Attorneys for Plaintiff
JOSH AREBALO

# UNITED STATES DISTRICT COURT

## NORTHERN DISRICT OF CALIFORNIA

| | |
|---|---|
| JOSH AREBALO,<br><br>     Plaintiff;<br><br>     v.<br><br>APPLE, INC.; a California Corporation; and DOES 1 to 10, inclusive<br><br>     Defendants. | Case No. 5:19-cv-03034-EJD<br><br>[Assigned for all Purposes to Honorable Edward J. Davila in Dept. 31]<br><br>**NOTICE OF LIEN FOR ATTORNEYS FEES AND COSTS**<br><br>Complaint Filed: May 31, 2019<br>Trial Date: Not Set |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

   PLEASE TAKE NOTICE that the firm of WEST COAST TRIAL LAWYERS, APLC was previously counsel for Plaintiff JOSH AREBALO, in the above-captioned action, and has a claim for costs which were incurred, and professional fees that were earned prior to WEST COAST TRIAL LAWYERS, APLC being relieved as counsel for Plaintiff.

//

//

//

//

1  You are advised that any payment to Plaintiff JOSH AREBALO in settlement of his claim and/or
2  payment of judgement should include as a payee WEST COAST TRIAL LAWYERS, APLC.

5  Dated: December 22, 2020            WEST COAST TRIAL LAWYERS, APLC

                                       By: _____
                                       Ronald L. Zambrano, Esq.
                                       Prior Attorney for Plaintiff
                                       JOSH AREBALO

CERTIFICATE OF SERVICE

I am over the age of 18 and am not a party to the above-captioned matter.

On December 22, 2020, I served the foregoing documents listed below on the Defendant by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice as follows:

Mitchell F. Boomer, Esq.
*boomer@jacksonlewis.com*
Scott P. Jang, Esq.
*scott.jang@jacksonlewis.com*
Yuki Cruse, Esq.
*yuki.cruise@jacksonlewis.com*
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111

Joshua Arebalo
joshworksit@icloud.com
2452 N Bogus Basin
Boise, Idaho 83702

The documents served on December 22, 2020 are:

**NOTICE OF LIEN FOR ATTORNEYS FEES AND COSTS**

Dated: December 22, 2020            WEST COAST EMPLOYMENT LAWYERS, APLC

By _____
     Ronald L. Zambrano, Esq.