Josh Arebalo, *pro se*
2452 North Bogus Basin Rd
Boise, Idaho 83702
Telephone: (415) 516-2553
joshworksit@icloud.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH AREBALO,<br><br>      Plaintiff;<br><br>   vs.<br><br>APPLE, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>      Defendants . | Case No.: 5:19-cv-03034-EJD<br><br>**PLAINTIFF'S JOSH AREABLO'S SUPPLEMENTAL RESPONSES TO DEFENDANT APPLE, INC.'S REQUEST FOR PRODUCTION, SET ONE**<br><br>   Complaint filed: May 31, 2019<br>   Trial Date: none set |

PROPOUNDING PARTY:     Defendant APPLE, INC.

RESPONDING PARTY:       Plaintiff JOSH AREBALO

SET NUMBER:                       One

TO DEFENDANT APPLE, INC., AND TO DEFENDANT'S ATTORNEYS OF RECORD:

   Plaintiff JOSH AREBALO ("Plaintiff"), pursuant to Federal Rule of Civil Procedure Rule 26(e), hereby supplements his original responses in

   **PLAINTIFF'S OBJECTIONS & RESPONSES TO DEFENDANT'S**

   **REQUEST FOR PRODUCTION, SET ONE**

Plaintiff was able to obtain a copy of the lease agreement for the Shaker Heights, Ohio

1  rental and produced the documents responsive the original Request for Production.

4  Dated: January 15, 2021         PLAINTIFF

                                   /s/
                                   JOSH AREBALO

## CERTIFICATE OF SERVICE CASE

CASE: *Josh Arebalo v. Apple Inc*.
CASE NO.: USDC-NDCA 5:19-cv-03034-EJD

 I, Josh Arebalo, Plaintiff and party to this matter on January 15, 2021, served the attached document(s):

**PLAINTIFF'S JOSH AREABLO'S SUPPLEMENTAL RESPONSES TO DEFENDANT APPLE, INC.'S REQUEST FOR PRODUCTION, SET ONE**

in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

Mitchell F. Boomer, Esq.
Scott P. Jang, Esq.
Atticus Lee, Esq.
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
E-mail:  scott.jang@jacksonlewis.com
E-mail:  yuki.cruse@jacksonlewis.com
E-mail:  lauretta.adams@jacksonlewis.com

 [ ] BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California. [( ) Courtesy copy by fax.]

 [ X ] BY ELECTRONIC TRANSMISSION: I caused such document(s) to be electronically transmitted to the above email address (by written agreement, confirming letter dated and signed MM/DD/YY).

 Executed on January 15, 2021 at San Francisco, California.

_____
Josh Arebalo

---

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S
REQUEST FOR PRODUCTION, SET ONE

3

Case No.  5:19-cv-03034-EJD