```
Mitchell F. Boomer (State Bar No. 121441)
Scott P. Jang (State Bar No. 260191)
Yuki Cruse (State Bar No. 310073)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone     (415) 394-9400
Facsimile:    (415) 394-9401
E-mail:       Mitchell.Boomer@jacksonlewis.com
E-mail:       Scott.Jang@jacksonlewis.com
E-mail:       Yuki.Cruse@jacksonlewis.com
```

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH AREBALO,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE, INC.; a California Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 5:19-cv-03034-EJD<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br><br><br>Complaint Filed: May 31, 2019<br>Trial Date:  None Set |

TO THE COURT AND PLAINTIFF PROCEEDING PRO SE:

  PLEASE TAKE NOTICE that Yuki Cruse (SBN 310073) is appearing as attorney of record for Defendant Apple Inc. in the above-captioned action. Ms. Cruse replaces Atticus S. Lee (SBN 298002).

  Mitchell F. Boomer (SBN 121441) and Scott P. Jang (SBN 260191) remain as counsel for Defendant.

/ / /

/ / /

/ / /

/ / /

Defendant's counsel respectfully requests that copies of all pleadings, correspondence, and other case-related information be served on the following attorneys of record:

Mitchell F. Boomer (State Bar No. 121441)
Scott P. Jang (State Bar No. 260191)
Yuki Cruse (State Bar No. 310073)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone      (415) 394-9400
Facsimile:     (415) 394-9401
E-mail:        Mitchell.Boomer@jacksonlewis.com
E-mail:        Scott.Jang@jacksonlewis.com
E-mail:        Yuki.Cruse@jacksonlewis.com

Dated:  January 29, 2021                    JACKSON LEWIS P.C.

                                      By:   /s/Scott P. Jang
                                            Mitchell F. Boomer
                                            Scott P. Jang
                                            Yuki Cruse
                                            Attorneys for Defendant
                                            APPLE INC.