```
Mitchell F. Boomer (State Bar No. 121441)
Scott P. Jang (State Bar No. 260191)
Yuki Cruse (State Bar No. 310073)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone:    (415) 394-9400
Facsimile:    (415) 394-9401
E-mail:       boomerm@jacksonlewis.com
E-mail:       scott.jang@jacksonlewis.com
E-mail:       yuki.cruse@jacksonlewis.com
```

Attorneys for Defendant
APPLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH AREBALO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE, INC.; a California Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:19-cv-03034-EJD<br><br>**NOTICE OF SETTLEMENT; STIPULATION AND [~~PROPOSED~~] ORDER TO TEMPORARILY STAY MATTER**<br><br>Complaint Filed:   May 31, 2019<br>Trial Date:            None Set |

　　　　Plaintiff Josh Arebalo and Defendant Apple Inc. (collectively, the "Parties") notify the Court that the Parties have reached a settlement in principle of this matter.  Accordingly, the Parties respectfully request the Court temporary stay this action, including reserving any ruling on the pending motion for summary judgment, while the Parties finalize the formal settlement agreement.  The Parties anticipate needing no more than fourteen (14) days to formalize the agreement.

**SO STIPULATED.**

///

///

///

///

| | | |
|---|---|---|
| Dated: May 5, 2021 | | JACKSON LEWIS P.C. |
| | By: | /s/ Scott P. Jang |
| | | Mitchell F. Boomer |
| | | Scott P. Jang |
| | | Attorneys for Defendant |
| | | APPLE INC. |

| | | |
|---|---|---|
| Dated: May 5, 2021 | | JOSH AREBALO |
| | By: | /s/ Josh Arebalo[1] |
| | | Plaintiff |
| | | Proceeding *Pro Se* |

## ~~[PROPOSED]~~ ORDER

Pursuant to the Parties' stipulation and good cause appearing, this matter is STAYED. Within fourteen (14) days of the date of this order, the Parties shall file a status report with the Court indicating the status of the Parties' settlement agreement and timeline for dismissal.

**IT IS SO ORDERED.**

Date: ___May 12, 2021___

_____
U.S. District Judge Edward J. Davila

---

[1] Pursuant to Local Rule 5-1(i)(3), Defendant's counsel attests that Plaintiff, proceeding *pro se*, has concurred in the filing of the present filing.