Mitchell F. Boomer (State Bar No. 121441)
Scott P. Jang (State Bar No. 260191)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone:    (415) 394-9400
Facsimile:      (415) 394-9401
E-mail:          boomerm@jacksonlewis.com
E-mail:          scott.jang@jacksonlewis.com

Attorneys for Defendant
APPLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH AREBALO,<br><br>            Plaintiff,<br><br>      v.<br><br>APPLE, INC.; a California Corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 5:19-cv-03034-EJD<br><br>**DEFENDANT'S CERTIFICATION OF PAYMENT; REQUEST AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:   May 31, 2019<br>Trial Date:           Vacated |

By order dated February 25, 2022, the Court granted Defendant Apple Inc.'s ("Apple's") motion to enforce settlement. (ECF No. 93.) In doing so, the Court stated that it would dismiss the action with prejudice in accordance with the parties' settlement agreement after Apple certifies to the Court that Apple has paid Plaintiff Josh Arebalo ("Arebalo") the penalty amount provided in the parties' settlement agreement. (*Id.* at 10.)

///

///

///

///

///

1

DEFENDANT'S CERTIFICATION OF PAYMENT; REQUEST AND [PROPOSED]
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE                           Case No. 5:19-cv-3034-EJD

Apple hereby certifies to the Court that it has paid Arebalo the penalty amount provided in the parties' settlement agreement. Apple therefore respectfully requests the Court now dismiss this action with prejudice in accordance with the parties' settlement agreement.

Dated: March 30, 2022                                             JACKSON LEWIS P.C.

By:  /s/ Scott P. Jang
Mitchell F. Boomer
Scott P. Jang
Attorneys for Defendant
APPLE INC.

# [PROPOSED] ORDER

Good cause appearing, and in accordance with the Court's February 25, 2022 order granting Defendant Apple Inc.'s motion to enforce settlement, this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs, in accordance with the parties' settlement agreement.

**IT IS SO ORDERED.**

Date: _____        _____
                                                                                      U.S. District Judge Edward J. Davila