UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSHUA AREBALO,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>        Defendant. | Case No.  5:19-cv-03034-EJD<br><br>**ORDER DISMISSING ACTION** |

On February 25, 2022, the Court granted Defendant Apple, Inc's. motion to enforce the settlement and required Apple to certify that it paid the penalty fee before the Court would dismiss the action.  Dkt. No. 93.  On March 30, 2022, Apple submitted its certification that it had paid the fee.  Dkt. No. 95.  Accordingly, the Court DISMISSES the action.

The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: April 7, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:19-cv-03034-EJD
ORDER DISMISSING ACTION
1